AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

United States District Court
Southern District of Texas

**ENTERED**
January 19, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Criminal No. 4:20−cr−00430 |
| Cornelius Jeffers, Jr | § | |

### ORDER SCHEDULING Arraignment and Detention Hearing

The Arraignment and Detention Hearing in this case is scheduled as follows:

| Place: | Location: |
|---|---|
| | Date and Time: January 21, 2021 at 10:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 19, 2021

_____
Frances H. Stacy
United States Magistrate Judge